IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MARY GODWIN,

          Plaintiff,

v.

WELLSTAR HEALTH SYSTEMS, INC.,

          Defendant.

1:12-cv-3752-WSD

## OPINION AND ORDER

This matter is before the Court on the parties' deposition designations and objections to deposition designations [80], [83] as to the deposition testimony of Kenneth Raymond Tifft. Having considered the parties' designations and objections, the Court rules as follows:

| Deposition Pages and Line Numbers | Ground for Objection | Ruling |
| --- | --- | --- |
| 54:10-56:9 | Evidence excluded by Order on Motion *in Limine* [76] ("Order") | Objection sustained for reasons stated in the Order. Insufficient foundation to authenticate. |
| 62:20-64:10 | Evidence excluded by Order on Motion *in Limine* | Objection sustained for reasons stated in the Order. |
| 68:15-69:1 | Evidence excluded by Order on Motion *in Limine* | Objection sustained for reasons stated in the Order. |

| | | |
|---|---|---|
| 69:8-22 | Evidence excluded by Order on Motion *in Limine* | Objection sustained for reasons stated in the Order. |
| 71:9-74:3 | Evidence excluded by Order on Motion *in Limine* | Objection sustained for reasons stated in the Order. |
| 74:8-75:8 | Evidence excluded by Order on Motion *in Limine* | Objection sustained for reasons stated in the Order. |
| 83:6-85:6 | Evidence excluded by Order on Motion *in Limine* | Objection sustained for reasons stated in the Order. |
| 86:14-88:16 | Evidence excluded by Order on Motion *in Limine* | Objection sustained for reasons stated in the Order. |
| 20:9-25 | Fed. R. Evid. 403 | Objection overruled. Testimony is relevant to claims and defenses asserted. |
| 21:1-4 | Fed. R. Evid. 403, 801, 802 | Objections overruled. Testimony is relevant to claims and defenses asserted. |
| 26:12-25 | Fed. R. Evid. 401, 403, 403, 602, calls for speculation | Objections overruled. Testimony is relevant to claims and defenses asserted. |
| 27:1-24 | Fed. R. Evid. 401, 403, 403, 602, calls for speculation | Objections overruled. Testimony is relevant to claims and defense asserted. |
| 44:22-25 | Fed. R. Evid. 401, 403, 403 | Objections sustained. Testimony is not relevant and would be confusing and misleading to the jury. |
| 45:1-2, 15-23 | Fed. R. Evid. 401, 403, 403 | Objections sustained. Testimony is not relevant and would be confusing and misleading to the jury. |
| 47:10-14 | Fed. R. Evid. 801, 802 | Objections sustained. Testimony is not relevant. |

| | | |
|---|---|---|
| 47:15-22 | Fed. R. Evid. 801, 802 | Objections overruled. Testimony is relevant to Plaintiff's job performance requirements and Plaintiff's credibility. |
| 47:23-25 | Fed. R. Evid. 801, 802 | Objections sustained. Testimony is ambiguous and not relevant. |
| 48:1-2 | Fed. R. Evid. 401, 403, 403 | Objections sustained. Testimony is ambiguous and not relevant. |
| 57:3-24 | Fed. R. Evid. 401, 403, 403 | Objections overruled. Testimony is relevant to claims and defense asserted. |
| 62:1-10 | Fed. R. Evid. 401, 403, 403 | Objections overruled. Testimony is relevant to claims and defenses asserted. |
| 64:12-21 | Fed. R. Evid. 401, 403, 403, 602, calls for speculation | Objections overruled. Testimony is relevant to claims and defenses asserted. |
| 89:18-22 | Fed. R. Evid. 602, calls for speculation | Objections overruled. Testimony is relevant to claims and defenses asserted. |
| 90:2-11, 20-25 | Fed. R. Evid. 602, calls for speculation | Objections overruled. Testimony is relevant to claims and defenses asserted. |
| 91:1-6 | Fed. R. Evid. 602, calls for speculation | Objections overruled. Testimony is relevant to claims and defenses asserted. |

| 96:24-25 | Fed. R. Evid. 401, 403, 403 | Objections overruled if Defendant introduces lines that appear before the testimony designated on this page. |
| --- | --- | --- |
| 97:1-11 | Fed. R. Evid. 401, 403, 403 | Objections overruled if Defendant introduces testimony that appears before the testimony designated on this page. |
| 98:15-21 | Fed. R. Evid. 401, 403, 403 | Objections overruled if Defendant introduces testimony on page 96. |
| 101:16-23 | Fed. R. Evid. 401, 403, 403 | Objections overruled. Testimony is relevant to claims and defenses asserted. |
| 104:23-25 | Fed. R. Evid. 801, 802 | Objections sustained. Testimony is ambiguous and speculative. |
| 105:1-5 | Fed. R. Evid. 801, 802 | Objections sustained. Testimony is ambiguous and speculative. |
| 105:13-25 | Fed. R. Evid. 401, 403, 403, 602, calls for speculation | Objections overruled. Testimony is relevant to claims and defenses asserted. |
| 106:1-9 | Fed. R. Evid. 401, 403, 403, 602, calls for speculation | Objections overruled. Testimony is relevant to claims and defenses asserted. |
| 115:13-20 | Fed. R. Evid. 602, calls for speculation | Objections sustained. Testimony is ambiguous and speculative. |

| 142:12-22 | Fed. R. Evid. 401, 403, 403 | Objections overruled. Testimony is relevant to claims and defenses asserted. |
| --- | --- | --- |
| 157:19-25 | Fed. R. Evid. 401, 403, 403, calls for speculation | Objections overruled. Testimony is relevant to claims, defenses, and circumstances of resignation. |

**SO ORDERED** this 23rd day of February, 2016.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE