# EXHIBIT E

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

MARY GODWIN,                          )
                                      )
      Plaintiffs,                 )
                                      )
    v.                              )    CIVIL ACTION
                                      )    FILE NO.:  1:12-cv-03752-WSD
WELLSTAR HEALTH                       )
SYSTEMS, INC.,                        )
                                      )
      Defendants.                 )
                                      )
                                      )
                                      )
_____      )

## DECLARATION OF JOHN F. WYMER, III SUBMITTED IN CONNECTION WITH PLAINTIFF'S PETITION FOR ATTORNEYS' FEES AND COSTS

1.

My name is John F. Wymer, III.  I am a graduate of the University of Alabama in Tuscaloosa (B.A. 1971) and the University of Virginia School of Law (J.D. 1974).  I am licensed to practice law in the states of Georgia and Alabama, and am admitted to practice before the United States Supreme Court, a number of Unites States Courts of Appeal, the Northern District of Georgia and the Middle District of Georgia.

2.

Beginning in 1975, I have practiced labor and employment law almost exclusively on behalf of employers in disputes with employees.  During that time, I have on numerous occasions been adverse to Edward D. Buckley and other attorneys in his firm.  Although those matters were vigorously contested on both sides, I have always found Mr. Buckley to be highly ethical, professional, collegial and extremely knowledgeable in the area of labor and employment law.

3.

In 2001, I was inducted as a Fellow in the College of Labor & Employment Lawyers.  Beginning in 1995, I have been listed in "The Best Lawyers In America" for Labor & Employment law.  In March 2000, my picture was on the cover of Atlanta Magazine in connection with the magazine's article about the "Best Lawyers in Atlanta."  I regularly speak to groups about emerging labor and employment law issues throughout the United States.

4.

Having practiced labor and employment law in Georgia for over 4 decades, I am familiar with billing rates charged by employer-side and employee-side attorneys in Atlanta and throughout the State.

5.

In connection with my preparing this declaration, I reviewed (1) the

Complaint, (2) Judge Duffey's OPINION AND ORDER dated March 27, 2014, (3)

the CIVIL DOCKET FOR CASE 1:12-cv-03752-WSD and (4) an itemized billing

invoice dated March 17, 2016 which I understand to reflect Plaintiff's counsels'

legal work on Plaintiff's behalf from September 22, 2011 through the present

totaling $419,903.70.

6.

The hourly rates reflected on the billing invoice I reviewed are reasonable

and consistent with rates charged by other firms and lawyers representing

employers and representing employees.

With respect to Mr. Buckley's hourly rate in particular, the rate is entirely in

line with his skills, experience, knowledge and effectiveness.

7.

The total amount of time spent and attorneys' fees reflected on the billing

invoice is also reasonable, especially in light of the additional briefing required,

and the significant risk of Plaintiff's counsels' non-success, in obtaining partial

reversal in the Eleventh Circuit of the district court's granting of summary

judgment.

8.

I declare under penalty of perjury under the laws of the United States, pursuant to 28 U.S.C. §1746, the foregoing is true and correct and based on my professional experience, knowledge and judgment along with my review of the documents described in Paragraph 5 above.

Respectfully submitted this 18th day of March, 2016.

John F. Wymer, III
Georgia Bar No. 7 0418
Sherman & Howard L.L.C.
1555 Peachtree Street, N.E., Suite 850
Atlanta, GA 30309
Tel.:  (404) 567-4376
Fax:   (404) 567-4416
jwymer@shermanhoward.com