# EXHIBIT A

Ms. Mary Godwin                                                      June 8, 2016

▮

## PREBILL

**Attention:**                                        File #:         13839
                                                      Inv #:         Sample

RE:     Godwin, Mary v. Wellstar Health System

| DATE | ENTRY # | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|---|
| Mar-18-16 | 340203 | Concluded preparation of fee petition, brief, and declaration in support. | 3.50 | 1,837.50 | EB |
| Mar-18-16 | 338487 | Review and finalize table of ancillary costs | 1.00 | 375.00 | RB |
| Mar-18-16 | 338488 | Review and finalize fee petition notice of motion and brief in support including incorporating EDB edits | 1.50 | 562.50 | RB |
| Mar-18-16 | 338489 | Review and make edits to attorney time in support of fee petition | 2.30 | 862.50 | RB |
| Mar-18-16 | 338490 | File motion for equitable relief on ECF | 0.20 | 75.00 | RB |
| Mar-18-16 | 338491 | Finalize all exhibits for filing for fee petition briefing | 0.20 | 75.00 | RB |
| Mar-18-16 | 338492 | Emails with Wymer and Coffman re declarations in support of fee petition | 0.20 | 75.00 | RB |
| Mar-18-16 | 346599 | Work on Bill of Costs, Table of Ancillary Expenses, identify and organize supporting documentation (3.6); revise spreadsheets, ensure all entries to Bill of Costs and Ancillary Expenses are in line with each year's entries to firm's system, finalize, including o/cs with GP (1.7). Several meetings with EDB, RB, FM, GP re ensuring all postings are up-to-date and reflect any revisions(.9); t/cs to LTS and go through each invoice to ensure all received (.4). | 6.60 | 990.00 | PR |
| Mar-21-16 | 346587 | Confer with PR and review draft notice to file corrected bill of costs. | 0.20 | 75.00 | RB |
| Mar-21-16 | 338980 | Redact as necessary and prepare notice of substitution of Bill of Costs and Attachment A (Table of Ancillary | 1.20 | 180.00 | PR |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | Expenses) to Motion for Fees and Expenses, t/c with clerk, efile same. | | | |
| Mar-21-16 | 342358 T/c with clerk (.2); redact as necessary and prepare notice of substitution of Bill of Costs and Attachment A (Table of Ancillary Expenses) to Motion for Fees and Expenses, efile same (1.0). | 1.20 | 180.00 | PR |
| Apr-04-16 | 346589 Discuss new motions filed by defense with EDB | 0.40 | 150.00 | RB |
| Apr-04-16 | 341066 Legal research on attorneys fees for focus groups for purposes of responding to Defendant's opposition to fee petition | 0.40 | 150.00 | RB |
| Apr-05-16 | 341073 Read Defendant's response to Plaintiff's Motion for Award of Attorney's Fees and Expenses and take notes on same | 0.40 | 150.00 | RB |
| Apr-05-16 | 341075 Begin drafting reply brief in support of Plaintiff's motion for attorneys fees and costs | 1.60 | 600.00 | RB |
| Apr-06-16 | 346591 Continue drafting reply brief in support of Plaintiff's motion for attorneys fees and conduct legal research re: same. | 4.70 | 1,762.50 | RB |
| Apr-06-16 | 341087 Read and take notes on Defendant's Response to Plaintiff's Motion for Equitable Relief | 0.40 | 150.00 | RB |
| Apr-06-16 | 341088 Read cases cited by Defendant in support of their opposition to front pay | 0.50 | 187.50 | RB |
| Apr-07-16 | 341095 Review and edit reply motion re: attorneys fees and expenses | 0.80 | 300.00 | RB |
| Apr-07-16 | 341096 Conduct legal research to support front pay claim | 0.90 | 337.50 | RB |
| Apr-10-16 | 341115 Draft reply in support of motion for equitable tolling | 1.80 | 675.00 | RB |
| Apr-13-16 | 341144 Conduct research, review court transcript, and finalize reply brief in support of equitable motion for front pay | 2.10 | 787.50 | RB |
| Apr-14-16 | 341152 Read Def's memorandum of law in support of its renewed motion for judgment as a matter of law | 0.70 | 262.50 | RB |
| Apr-14-16 | 341325 Begin drafting response to motion for judgment as a matter of law | 2.00 | 750.00 | RB |

| Date | ID / Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Apr-14-16 | 341326 Review transcript to assist with drafting of response to Def's motion for judgment as a matter of law | 1.20 | 450.00 | RB |
| Apr-16-16 | 346590 Confer w/RB re: Defendant's motions in retrial, judgement as matter of law & opposition to front pay request. | 0.40 | 210.00 | EB |
| Apr-16-16 | 341812 Continue drafting response to Def's motion for judgment as a matter of law | 4.30 | 1,612.50 | RB |
| Apr-17-16 | 341814 Review and revise response to Def's motion for judgment as a matter of law | 1.30 | 487.50 | RB |
| Apr-18-16 | 341946 Reviewed and edited draft reply to response to petition for fees. | 0.50 | 262.50 | EB |
| Apr-18-16 | 341947 Reviewed and edited briefing on front pay. | 0.70 | 367.50 | EB |
| Apr-18-16 | 341816 Incorporate EDB edits into reply motion in support of front pay request | 0.20 | 75.00 | RB |
| Apr-18-16 | 341817 Incorporate EDB edits to reply motion in support of request for attorneys | 0.20 | 75.00 | RB |
| Apr-18-16 | 341818 Read Defendant's memo of law in support of its motion for a new trial | 0.60 | 225.00 | RB |
| Apr-18-16 | 341819 Speak with client re status of case and post-trial motions | 0.40 | 150.00 | RB |
| Apr-18-16 | 341820 Review and revise Plaintiff's response to Defendant's Motion for Judgment as a Matter of Law | 0.90 | 337.50 | RB |
| Apr-18-16 | 341821 Begin drafting response to Defendant's Motion for a New Trial | 3.10 | 1,162.50 | RB |
| Apr-19-16 | 341836 Continue drafting response to Defendant's Motion for a New Trial | 6.40 | 2,400.00 | RB |
| Apr-19-16 | 342465 Begin identifying trial transcript citations for responses, email exchanges with RB. | 3.80 | 570.00 | PR |
| Apr-20-16 | 346592 Reviewed and edited briefing on motion for judgment as a matter of law. | 2.20 | 1,155.00 | EB |
| Apr-20-16 | 341842 Review and revise response to Defendant's Motion for a New Trial | 4.40 | 1,650.00 | RB |
| Apr-20-16 | 341843 Review trial transcript and insert proper citations to support response briefs to Motion for New Trial and Motion for Judgment as a Matter of Law | 1.90 | 712.50 | RB |

| Date | # | Description | Hours | Amount | Atty |
|---|---|---|---|---|---|
| Apr-20-16 | 342466 | Indentify and input trial transcript citations for responsive pleadings for RB. | 6.30 | 945.00 | PR |
| Apr-21-16 | 346594 | Review of response to motion for new trial and edited response to the same. | 2.50 | 1,312.50 | EB |
| Apr-21-16 | 341853 | Review EDB edits to motion for a new trial. Proofread and finalize brief for filing. | 2.50 | 937.50 | RB |
| Apr-21-16 | 341854 | Proofread and finalize response brief in opposition to Def's Motion for Judgment as a Matter of Law to file on ECF. | 2.10 | 787.50 | RB |
| Apr-28-16 | 342661 | Begin working on motion for additional attny fees due to post-trial briefing | 1.30 | 487.50 | RB |
| May-03-16 | 343903 | Continue drafting supplemental fee petition and conduct legal research re same. | 1.80 | 675.00 | RB |
| May-10-16 | 343936 | Read Defendant's reply brief in support of its motion for a new trial | 0.40 | 150.00 | RB |
| May-10-16 | 343937 | Read Defendant's reply brief in support of its motion for judgment as a matter of law | 0.50 | 187.50 | RB |
| Jun-06-16 | 346673 | S/w EDB re supplemental brief requesting attorneys fees | 0.20 | 80.00 | RB |
| Jun-07-16 | 346595 | Review and edit itemized statement in support of attorney fees and costs, brief in support of Plaintiff's supplemental motion for fees and costs. | 1.00 | 525.00 | EB |
| Jun-07-16 | 346598 | Preparation of supplemental Declaration in support of Petition for Supplemental Fees and Costs. | 0.50 | 262.50 | EB |
| Jun-07-16 | 346680 | Review EDB supplemental declaration in support of supplemental fee petition (.2) and incorporate EDB edits to motion in support of supplemental fee petition (.2). | 0.40 | 160.00 | RB |
| | | Totals | 86.80 | $29,962.50 | |

**FEE SUMMARY:**

| Lawyer | Hours | Effective Rate | Amount |
|---|---|---|---|
| Edward D. Buckley | 11.30 | $525.00 | $5,932.50 |
| Rachel Berlin | 56.40 | $375.27 | $21,165.00 |
| Pam Rymin | 19.10 | $150.00 | $2,865.00 |

| **DISBURSEMENTS** | | **Disbursements** | **Receipts** |
|---|---|---:|---:|
| Mar-23-16 | 338586N Marrone - transcript 2/29 - 3/4, Inv #20160065 (M Godwin) | 745.20 | |
| | Totals | $745.20 | $0.00 |

| | | | |
|---|---|---:|---:|
| | **Total Fees, Disbursements** | | **$30,707.70** |